IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRACI A. JOHNSON and
MICHAEL L. JOHNSON                                                               PLAINTIFFS

vs.                              NO: 4:08CV00231 BSM

ANHEUSER-BUSCH, INC.                                                             DEFENDANT

## **ORDER**

On December 30, 2008, the court entered an order permitting plaintiffs' attorney to withdraw as counsel for plaintiffs. Plaintiffs were given twenty days in which to notify the court whether they intended to proceed pro se or to retain substitute counsel. Plaintiffs were notified that their failure to comply with the order could result in dismissal of the complaint

Plaintiffs have not responded to the court's order in the time required. Therefore, the court hereby dismisses the case without prejudice for failure to prosecute.

IT IS SO ORDERED this 22nd day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE